IN THE MATTER OF THE PETITION OF GEORGE F. GANTZ, .TO VACATE ASSESSMENT FOR PAVING ONE HUNDRED AND FORTY-FIFTH STREET.

*One purchasing premises subject to an assessment thereon cannot apply to vacate it.*

APPEAL from an order denying the application of the petitioner to vacate an assessment for One Hundred and Forty-fifth street.

The court, at General Term, said : " The petitioner purchased the premises subject to certain assessments affecting them at the time of the purchase, and the assessment he seeks to vacate was one of those then existing. His application rests upon proof of ownership and the alleged invalidity of the assessment only. We have held in several cases of a similar character that such a purchase does not establish the fact that the vendee is an aggrieved party. This application comes within the principles of these decisions. (See *Matter of Moore*, 8 Hun, 513 ; *Matter of Saunders*, 10 Weekly Dig., 351.) The order appealed from must, therefore, be affirmed, with $10 costs, and disbursements."

*Michael Canfield*, for the petitioner.

*E. H. Lacombe*, for the city.

Opinion by BRADY, J.; DAVIS, P. J., and BARRETT, J., concurred.

Order affirmed, with $10 costs, and disbursements.